# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| THE BANCORP BANK, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C.A. No. 19-02088-MN |
| | : | |
| 1 SOURCE BUSINESS SOLUTIONS, LLC, ACCENT EMPLOYER SOLUTIONS IV, INC., ACCENT EMPLOYER SOLUTIONS, INC., ACCEPT SOLAR LLC, ACCESS1SOURCE-NC, LLC, ACCUPAY, INC., ACCU-RITE BUSINESS SERVICES, INC., D/B/A ACCU-RITE PAYROLL SERVICES, ADMIN HR, INC., ADVANCED COMPRESSOR TECHNOLOGIES LLC, ADVANCED PAYROLL SERVICES, INC., ADVANCED PAYROLL SOLUTIONS, LLC, ADVANSTAFF, INC., ALL QUALITY ALUMINUM FOUNDRY, LLC, ALL QUALITY MACHINING AND FINISHING LLC, ALLIANCE BENEFIT GROUP, INC., ALLIANCE BUSINESS SOLUTIONS, LLC, ALPHA PAYROLL SERVICES LLC, AMERICAN PAYROLL CORPORATION, AMERICAN TIME AND LABOR COMPANY, AMERIPAY, INC., APACHE HOMELANDS, LLC, APPROVED PAYROLL, INC., APPROVED STAFFING, INC., ASAP PAYROLL SERVICE, INC., ASSET HR, INC., ASSOCIATED HUMAN CAPITAL MANAGEMENT, LLC, ASTRA PAYROLL CO., ATLANTIC UTILITY TRAILER SALES, INC., AUTOMATIC BUSINESS COMPUTING, LLC, AXIOM HUMAN RESOURCES SOLUTIONS, INC., BALANCE POINT PAYROLL, BARKING MAD GROOMING, LLC, BBCS PAYROLL, INC., BEC ENTERPRISES, LLC, | : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : | |

BELL OHIO, INC., BENE-CARE : 
PAYROLL LLC, BENT ON BETTER, :
BETTER BUSINESS BUREAU INC., :
BEYONDPAY INC., BOYS & GIRLS :
CLUB OF EVANSVILLE, INC., :
BUSINESS CENTS, INC., CACHET :
FINANCIAL SERVICES, CEOS :
CORPORATION D/B/A TIMEPAYS :
CORPORATION, CERTIFIED PAYROLL :
ASSOCIATES, INC., CHARLESTON :
PAYROLL PLUS, LLC, CHECK MATE :
PAYROLL LLC / KATHI'S CHECK :
MATE, CHECKRIGHT, INC., :
CHOICEPAY PAYROLL & HR :
SERVICES, INC., CIVIL SEARCH :
INTERNATIONAL, LLC, CLEAR SKY :
CAPITAL INC., CLIFTON LARSON :
ALLEN LLP, CLOCKWORK SYSTEMS, :
INC. D/B/A APS, COASTAL PAYROLL :
SERVICES, INC., COMMONWEALTH :
PAYROLL & HR, COMP U.S. PAYROLL :
INC., COMPUTERSEARCH :
CORPORATION, CONCEPT HR, :
CORPORATE BUSINESS SOLUTIONS, :
CPACCOUNTING SOLUTIONS INC., :
CUSTOM PAYROLL SERVICES, :
DAVID R. MILLER, DDS, PC, DAVIS :
JEWELERS INC., DEAF BIBLE :
SOCIETY, INC., DEKAY FABRICATORS :
INC., DELAWARE VALLEY PLUMBING :
SUPPLY INC., DES DAWN :
CORP/TAXCO PAYROLL SERVICE, :
DETERDINGS MARKETS, INC., :
DOMINION PAYROLL SERVICES, LLC, :
DRAGON PROJECTS, LLC, DUN-RITE :
SAND AND GRAVEL COMPANY, :
DYNAMIC HUMAN RESOURCES, INC., :
E & B REAL ESTATE SERVICES, INC., :
EAZEPAY, LLC, EMPLOYEE BENEFITS :
SERVICES, INC., EMPLOYER :
SERVICES ONLINE, LLC, EMPLOYER :
TOOLS AND SOLUTIONS INC., :
EMPLOYER'S GUARDIAN, LLC, :
EPAY SYSTEMS, INC., EXPONENT :
TECHNOLOGIES, INC., EYECARE :
CONSULTANTS, LLP, E-Z PAYROLL :

SERVICE INC., FAIRFIELD NATIONAL :
BANK, FOCUSIT, INC., FOCUSPAY :
SOLUTIONS, FRANKLIN GRINGER & :
COHEN, P.C., FT. SILL APACHE :
INDUSTRIES, LLC, G.S. WILCOX & CO., :
GREAT NECK SAW :
MANUFACTURERS, INC., GREEN LEAF :
BUSINESS SOLUTIONS LLC, GREEN :
PAYROLL SERVICES, INC., H.R. :
MANAGEMENT CONSULTANTS, INC., :
HAFER PSC, HARD 8 ACQUISITIONS :
LLC D/B/A LAUNCH PAYROLL, :
HARDING, SHYMANSKI & COMPANY, :
PSC, HOSPITALITY RESOURCE :
CENTER, HR 365, LLC, HR LEDGER, :
INC., HR SOLUTIONS, LLC, HUMAN :
RESOURCES INC., IEM OF FLORIDA :
LLC, IGNITE PEO SERVICES, LLC, :
IGREEN PAYROLL INC., INFINITI HR, :
LLC, INFLECTION HR LLC, INFOCUS :
PAYROLL, LLC, INNOVATIVE :
PAYROLL PROCESSING, INC., :
INTEGRATED PAYROLL SERVICES, :
INC., INTEGRITY BOOKKEEPING, LLC, :
INTEGRITY OUTSOURCE, LLC, :
JAG INSURANCE GROUP, LLC, :
JFPETS LLC D/B/A PET SUPPLIES :
PLUS, JUSTWORKS, INC., KAL :
ENTERPRISE LLC, KALTER COMPANY :
ACCOUNTING & CONSULTING CORP., :
KEN MORTON & SONS LLC, LAISE :
PACKAGING LLC, LEE DENTAL :
ASSOCIATES, LTD., LEVIN :
CORPORATE LAW GROUP, LITTLE :
SCOTTY INC., LOGICAL :
INNOVATIONS, INC., LOGICAL-R :
JOINT VENTURE, LLC, MANAGEMENT :
SOLUTIONS, INC., MANAGEPOINT, :
LLC, MARATHON HR SERVICES, LLC, :
MASS PAY, INC., MIDSOUTH :
CONSULTING GROUP N/K/A TCFCW, :
LLC, MINT PAYROLL LLC, :
MITIGATION SERVICES, INC., MM- :
KMA INVESTMENTS LLC, :
MONEYWISE PAYROLL SOLUTIONS, :
INC., MORTON SOLAR & WIND, LLC, :

MY STRATEGIC PAYROLL, : 
NALTREXONE LLC, NATIONAL CPA : 
PAYROLL LLC, NATIONAL PAYROLL : 
SYSTEMS INC., NCD CORSILLO : 
PLUMBING, LLC, NEALIS : 
ENGINEERING, INC., NIAGARA : 
LIVING LLC, NIMBUS INC., ONE POINT : 
HUMAN CAPITAL MANAGEMENT : 
LLC, ONEPAYHR, LLC, OTP PAYROLL : 
LLC, PACIFIC PREMIER BANK, : 
PARKSHORE RESORT, PARTNERS IN : 
PAYROLL, LLC, PAY DAY PAYROLL, : 
INC., PAY USA INC., PAYDATA : 
PAYROLL SERVICES, INC., PAYDAY : 
PAYROLL RESOURCES, INC., : 
PAYDAYMASTERS, PAYLOGIC, : 
PAYMASTERS INC., PAYMEDIA LLC, : 
PAYNORTHEAST LLC, : 
PAYNORTHWEST, PAYPROS, INC., : 
PAYRIGHT PAYROLL SERVICES, INC., : 
PAYROLL CONTROL SYSTEMS, INC., : 
PAYROLL EASE LLC, PAYROLL : 
EXPERTS LLC, PAYROLL LINK, INC., : 
PAYROLL LOGIX, INC., PAYROLL : 
OFFICE OF AMERICA, PAYROLL : 
PERFECT, INC., PAYROLL PLUS INC. : 
PAYROLL SERVICES, INC., PAYROLL : 
SOLUTIONS, INC., : 
PAYROLL4FREE.COM, INC., : 
PAYROLLNW, PAYSOURCE, INC., : 
PAY-TECH, INC., PBI PAYROLL, : 
P-FIVE SOLUTIONS, LLC, : 
PHILADELPHIA PIPE BENDING CO., : 
PIER GROUP LLC, PIZZA RANCH INC., : 
PLAZA PARK FAMILY PRACTICE, LLC, : 
POLARIS PAYROLL, POLYRAM : 
COMPOUNDS LLC, POSEIDON : 
CONSULTANTS INC., PR FINANCIAL : 
SERVICES, LLC, PRDISBURSE – : 
MANAGEPOINT, LLC, PRIMEPAY, LLC, : 
PROFIT BUILDERS INC., PROMERIO, : 
INC. D/B/A CALIFORNIA PAYROLL, : 
PROPERTY DAMAGE RESTORATION : 
INC., PSPAY, INC. F/K/A PAYROLL : 
SUCCESS INC., QUANTA HCM, : 
: 

4

QUANTA LLC, QUINTANA, LOPEZ, :
DONOGHUE, & GONZALEZ, LLP, :
RAUSCH PHYSICAL THERAPY, INC., :
REGIONAL TITLE SERVICES, LLC, :
REISEN AGENCY, INC., RESTAURANT :
SOLUTIONS INC., RETIREMENT LAW :
GROUP, INC., RJDB ENTERPRISES :
INC., ROLLING HILLS COUNTRY :
CLUB, INC., SAMMONS AND HEAD :
LLC, SEGUE HR, LLC, SHEPHERD :
BUSINESS SOLUTIONS, INC., SHIFT :
HUMAN CAPITAL MANAGEMENT, :
INC., SHIFTPIXY, INC., SHOTO D.C., :
LLC, SHS PAYROLL, LLC, SIMPLIFIED :
EMPLOYER SOLUTIONS, LLC, SOLEX :
PAYROLL SYSTEMS, INC., SOLID :
BUSINESS SOLUTIONS, LLC, :
SOURCEONE PAYROLL SERVICES, :
INC., SOUTHEASTERN EMPLOYEE :
BENEFITS GROUP, INC., SPECTRUM :
EMPLOYEE SERVICES, INC., STIRLING :
SERVICE LLC, STONE INDUSTRIES, :
INC., STREAMLINE PAYROLL, LLC, :
SYNDEO OUTSOURCING, LLC, :
TAG EMPLOYER SERVICES, LLC, :
TANGLEWOOD GOLF COURSE, LLC, :
TBS HOLDINGS LLC, TEMPTROL :
CORPORATION, THE AHOLA :
CORPORATION, THE HUMAN :
RESOURCES CONSULTING GROUP, :
LLC, THE PEOPLE GROUP, THE :
REISEN AGENCY, INC., THE :
SPINNAKER CONDOMINIUM :
CORPORATION, THE TROXEL :
COMPANY, THE UPS STORE :
ATLANTIC CITY CONVENTION :
CENTER, THE UPS STORE CENTRAL :
SQUARE SHOPPING CENTER, THYME :
IN THE KITCHEN LLC, TIME & PAY :
INC., TOTAL HCM, INC., TRAVERSE :
CITY PRODUCTS, INC., TRI STATE :
CO-OP, TRIANGLE PAYROLL :
SERVICES, INC., TRIPCO, INC. D/B/A :
PAYRITE, TWO SCHUS INC., UNIFY :
EMPLOYEE INTEGRATED EMPLOYEE :
MANAGEMENT, UNIFY PAYROLL, :

5

| | |
|---|---|
| LLC, UNION PAYROLL SOLUTIONS INC., VALIANT PAYROLL SERVICES, INC., VERDE HUMAN CAPITAL LLC D/B/A ONEMINT, VERTEX PAYROLL CORP., VERTISOURCE, INC. D/B/A VERTISOURCE HR, VILLAGE BANK, VILLIAMS INC., W.A. BRAGG & CO., WEBB PAYROLL SERVICE INC., WELCH PRINTING COMPANY, INC., WIGGINS PAYROLL, INC., WILLIAM E SCHMIDT FOUNDATION INC., WINDSORKENT, INC., WISE CHOICE, INC., WORKFORCE BENEFIT SOLUTIONS, LLC, YARMOUTH PAYROLL PLUS INC., ZIEMER, STAYMAN, WEITZEL & SHOULDERS, LLP, and ZUMA PAYROLL SOLUTIONS, LLC | : : : : : : : : : : : : : : : : : |

        Defendants.

## AMENDED COMPLAINT FOR INTERPLEADER

Plaintiff, The Bancorp Bank ("Bancorp"), by and through its undersigned counsel, files this Amended Complaint for Interpleader with respect to the above-captioned defendants/claimants in order to allow for the equitable distribution of funds remaining in accounts previously held at Bancorp by Cachet Financial Services. In support of its interpleader, Bancorp asserts the following:

## PARTIES

1.     Bancorp is a Delaware-chartered bank with its principal place of business in Wilmington, Delaware.

2.     Cachet Financial Services, formerly known as Cachet Banq, Inc. ("Cachet"), is a corporation organized and existing under the laws of the State of California with its principal place of business located at 175 S. Lake Avenue, Pasadena, California 91101. Cachet is a payroll

processing company that contracts with employers and other payroll processors to offer direct deposit services to its customers using the Automated Clearing House ("ACH") network.

3. The other above-captioned defendants/claimants are payroll companies and their respective employer clients who hired the payroll companies to manage their payroll and other human resource functions (the "Payroll Claimants"). Upon information and belief, the Payroll Claimants had funds debited by Cachet that were in turn delivered to Bancorp, as Cachet's Originating Depository Financial Institution ("ODFI"), for processing.

## JURISDICTION AND VENUE

4. Bancorp presents this Amended Complaint for Interpleader pursuant to 28 U.S.C. § 1335. Minimal diversity citizenship exists because adverse claimants Cachet, a citizen of California, and The Ahola Corporation, a citizen of Ohio, are citizens of different states, and the amount in controversy exceeds $500.

5. Pursuant to 28 U.S.C. § 1397, venue is proper in this district because one or more claimants are citizens of the State of Delaware. Specifically, one or more Payroll Claimants are incorporated in Delaware, including Alliance Benefit Group, Inc.

## FACTS

6. Bancorp processed ACH files for Cachet as its ODFI.

7. Cachet is a third party sender with a portfolio of clients consisting mainly of payroll companies that hire Cachet to reconcile employee taxes and to facilitate processing of payroll funding and disbursements. Employers, in turn, contract with the payroll companies to manage payroll and handle other human resource functions.

8. On or about October 21, 2019, Cachet informed Bancorp of a funding failure by an employer in Brooklyn, New York (the "Employer"). More specifically, Cachet paid out monies

on behalf of the Employer without receiving corresponding funding. This occurred despite the fact that, after a recent, similar incident, Cachet represented to Bancorp that it would not originate credit transactions unless such transactions were pre-funded.

9. For this and other reasons, on October 23, 2019, Bancorp terminated its relationship with Cachet and instituted a wind-down of processing payroll-related transactions on Cachet's behalf. However, Bancorp did not, and does not, have a contractual relationship with any of Cachet's clients, nor can it remove funds from Cachet's payroll processing accounts (collectively, the "Cachet Settlement Account") without authorized instructions from Cachet. As a result, Bancorp cannot facilitate credit transactions to employee or other accounts for Cachet without corresponding payroll credit instructions from Cachet that accurately detail where the funds should be sent.

10. In the following days, Bancorp worked diligently to reconcile and process ACH credit instructions received from Cachet. However, Cachet failed to deliver accurate credit instructions to Bancorp, or to deliver such instructions in a timely fashion. Further, Cachet notified Bancorp that it could no longer pay its employees or information technology vendors who were needed to carry out the credit instruction process.

11. During the wind-down, several of Cachet's clients also informed Bancorp that Cachet was holding reserves in escrow for them and requested that the reserves be returned to them. Cachet related that the reserves were held in one of the other accounts Cachet held at Bancorp (the "Accounts"), other than the Cachet Settlement Account. This representation was inconsistent with Cachet's previous statements to Bancorp regarding the nature of the funds in the Accounts.

12.     As a result of Cachet's failure to deliver accurate and/or timely credit instructions, and its inconsistent representations to Bancorp, Bancorp lost confidence in Cachet's ability to supply the information needed to continue the wind-down process in a safe and sound manner.

13.     Around that time, Bancorp also determined that the Employer and Cachet are unlikely to make up the deficit in the Cachet Settlement Account.

14.     The Employer referenced in paragraph 8 above pledged to repay the credits it failed to fund. Yet it has so far repaid less than a third of what it owes.[1]

15.     In addition, Cachet informed Bancorp that it is unable to cover the deficit. Further, Cachet has instructed the Employer's counsel to re-direct any additional payments by the Employer to Cachet's account at a different banking institution. If such instructions are followed, upon information and belief, those funds will not be used to cover the deficit.

16.     Therefore, on November 3, 2019, Bancorp completely stopped processing transactions on behalf of Cachet. At that time, Bancorp held approximately $27.1 million in the Cachet Settlement Account for the purported benefit of the Payroll Claimants. Upon information and belief, the funds in the Cachet Settlement Account had been debited or wired from the Payroll Claimants for payroll-related disbursements.

17.     On November 20, 2019, the day it deposited the funds with the Court, Bancorp held $15,799,963.27[2] in the Settlement Account and the Accounts (the "Stake").

---

[1]     Bancorp added all repayments received from the Employer to the Cachet Settlement Account. If any additional payments are received, Bancorp will seek instruction from the Court regarding depositing those funds with the Court to be added to the Stake.

[2]     At the time Bancorp filed the original complaint in this action, the Stake totaled approximately $31.1 million. The change in amount is due to two factors. First, while ACH transactions are typically settled within one to two business days, an ACH payment can be rejected, causing an ACH return to post several days after the initial transaction. Second, in order to mitigate risk, Bancorp implemented posting controls which delayed the posting of

18. While the Stake is now approximately $15.8 million,[3] Bancorp believes that the claims that remain for the Payroll Claimants total approximately $26.2 million, leaving a shortfall of approximately $10.4 million. This shortfall will result in conflicting claims amongst the Payroll Claimants. Upon information and belief, the anticipated shortfall is due to the conduct of the Employer and Cachet.

19. Upon information and belief, Cachet may claim a right or interest in the Stake.

20. The Payroll Claimants are Cachet customers and their respective employer clients that have, or upon information and belief, believe they have contributed funds to the Stake. Upon current information and belief, the Payroll Claimants' contributions have not been processed by Cachet. Accordingly, the Payroll Claimants may assert a claim or interest in the Stake.

21. As detailed above, two or more adverse claimants are claiming or may claim an entitlement to the Stake.

22. On November 20, 2019, pursuant to the Court's Order dated November 19, 2019 (D.I. 7), Bancorp deposited the Stake into the Registry of the Court, there to abide the judgment of the Court.

WHEREFORE, Plaintiff The Bancorp Bank respectfully requests that the Court enter the following relief:

---

transactions. Thus, transactions initiated before the original complaint was filed settled and posted after the filing date.

[3] While this is the amount of the Stake as of the date of this Amended Complaint for Interpleader, Bancorp expects the amount of the Stake to remain in flux for some time. In addition to funds from the Employer, Bancorp has heard from a financial institution and other entities and individuals that they will be returning funds that had been credited to them. If these additional funds arrive at Bancorp, Bancorp will seek instruction from the Court regarding depositing the additional funds with the Court to be added to the Stake.

a) An Order of Interpleader determining the appropriate defendants/claimants are adverse claimants with respect to the Stake;

b) An Order that the defendants/claimants who claim entitlement to the Stake establish their respective claims, if any, and that Bancorp be discharged from any other or further liability to the defendants/claimants by virtue of the Stake which is now before this Court through this proceeding;

c) An Order prohibiting the defendants/claimants from instituting or further pursuing any proceedings in any court against Bancorp for the recovery of all or any part of the Stake;

d) An Order that Bancorp, having deposited the Stake with the Registry of the Court, be dismissed from this action; and

e) An award of such additional or further relief that is reasonable and just.

Dated: November 25, 2019            */s/ Beth Moskow-Schnoll*
                                                            Beth Moskow-Schnoll (No. 2900)
William J. Burton (No. 6243)
Ballard Spahr LLP
919 N. Market Street, 11th Floor
Wilmington, DE 19801-3034
Telephone: 302.252.4465
Email: moskowb@ballardspahr.com
       burtonw@ballardspahr.com

*Attorneys for Plaintiff The Bancorp Bank*