# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| THE BANCORP BANK, | ) | C. A. No. 1:19-02088-MN |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| 1 SOURCE BUSINESS SOLUTIONS, LLC, *et al.* | ) ) | |
| | ) | |
| Defendants. | ) | |

## STIPULATION AND ORDER OF DISMISSAL

**IT IS HEREBY** stipulated by and between the parties, pursuant to Federal Rules of Civil Procedure 41(a)1(A)(ii), that the above-captioned action is dismissed with prejudice against Defendant Wiggins Payroll, Inc.

/s/ Beth Moskow-Schnoll
Beth Moskow-Schnoll (#2900)
William J. Burton (#6243)
Ballard Spahr, LLP
919 N. Market Street, 11th Floor
Wilmington, DE 19801
Telephone: (302) 252-4465
Email: moskowb@ballardspahr.com
burtonw@ballardspahr.com

*Counsel for Plaintiff The Bancorp Bank*

/s/ Paula C. Witherow
Paula C. Witherow (#2851)
Cooch and Taylor, P.A.
The Nemours Building
1007 N. Orange Street, Suite 1120
P.O. Box 1680
Wilmington, DE 19899-1680
Telephone: (302) 984-3800
E-Mail: pwitherow@coochtaylor.com

*Counsel for Defendant Wiggins Payroll, Inc.*

**SO ORDERED** this __8th__ day of __January__, 2020

_____
The Honorable Maryellen Noreika
United States District Judge