IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE BANCORP BANK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 19-2088 (MN) |
| | ) |
| 1 SOURCE BUSINESS SOLUTIONS, LLC, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER STAYING CASE**

At Wilmington, this 24th day of January 2020:

WHEREAS, Defendant Cachet Financial Services has filed a Notice of Bankruptcy Filing and Automatic Stay (D.I. 133) advising the Court that on January 21, 2020 it filed a voluntary petition in the Central District of California, Los Angeles Division under Chapter 11 of Title 11 of the United States Code; and

WHEREAS, Bancorp has represented that it "intends to seek clarity from the Bankruptcy Court regarding whether the automatic stay applies to this action[]" (D.I. 219).

THEREFORE, IT IS HEREBY ORDERED that this action is STAYED pursuant to the provisions of 11 U.S.C. § 362 until further Order of the Court.

IT IS FURTHER ORDERED that Bancorp shall inform the Court immediately of any guidance it receives from the Bankruptcy Court. In the absence of such guidance, the parties shall a file status report every three (3) months regarding the bankruptcy proceedings.

_____
The Honorable Maryellen Noreika
United States District Judge